# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVE BROOMFIELD,

    Plaintiff,

v.

STATE OF NEVADA et al.,

    Defendants.

2:16-cv-00634-APG-NJK

**ORDER**

## I. DISCUSSION

The parties reached a settlement at the Inmate Early Mediation Conference. (ECF No. 21). Defendants have filed a motion to extend the stay for an additional thirty (30) days to execute a binding settlement agreement and to file a stipulation to dismiss the case. (ECF No. 22 at 1-2). The Court grants the motion to extend the stay through Tuesday, January 31, 2017.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 22) is GRANTED. Defendants shall file a stipulation to dismiss on or before Tuesday, January 31, 2017.

DATED: This 28th day of December, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge