ADAM PAUL LAXALT
  Attorney General
IZAAC ROWE (Bar. No. 13947)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
Phone: (702) 486-3210
Fax: (702) 486-3773
E-mail:  irowe@ag.nv.gov

Attorneys for Defendants
Julio Calderin, Darnell Daugherty,
James Stucki, and Alejandro Avelar

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVE BROOMFIELD,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>        Defendants. | Case No. 2:16-cv-00634-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff, STEVE BROOMFIELD, by and through counsel, Travis N. Barrick, Esq., and Defendants JULIO CALDERIN, DARNELL DAUGHERTY, JAMES STUCKI, and ALEJANDRO AVELAR, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Izaac Rowe, Deputy

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

| Dated 5th day of January, 2017. | Dated 6th day of January, 2017. |
|---|---|
| By: /s/ Travis N. Barrick<br>Travis N. Barrick, Esq.<br>GALLIAN WELKER & BECKSTROM, LC<br>540 E. St. Louis Avenue<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff* | By: /s/ Izaac Rowe<br>Izaac Rowe, Esq.<br>Deputy Attorney General<br>Office of the Nevada Attorney General<br>555 E. Washington Avenue, #3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

Dated this  6th  day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE